IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GLORIA BARROSO SANTIAGO
DEBTORS

CASE NUM.: 10-11823 BKT

CHAPTER 13 (ASSET CASE)

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 2/16/2011**.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 16 day of February, 2011.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                         Case No. **10-11823-BKT**

**BARROSO SANTIAGO, GLORIA**               Chapter **13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **2/16/2011**
Filed by: ☐ Debtor ☐ Trustee ☑ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **275.00** x **12** = $ **3,300.00**<br>$ **325.00** x **12** = $ **3,900.00**<br>$ **400.00** x **36** = $ **14,400.00**<br>$ _____ x _____ = $ _____<br>$ _____ x _____ = $ _____<br><br>TOTAL: $ **21,600.00**<br><br>Additional Payments:<br>$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:<br>☐ Sale of Property identified as follows:<br>_____<br>_____<br>☐ Other:<br>_____<br>_____<br><br>Periodic Payments to be made other than, and in addition to the above:<br>$ _____ x _____ = $ _____<br><br>PROPOSED BASE: $ **21,600.00** | A. ADEQUATE PROTECTION PAYMENTS OR $ _____<br>B. SECURED CLAIMS:<br>☐ Debtor represents no secured claims.<br>☑ Creditors having secured claims will retain their liens and shall be paid as follows:<br>1. ☑ Trustee pays secured ARREARS:<br>Cr. **BANCO POPULAR D**   Cr. _____   Cr. _____<br># **000-159060-4**   # _____   # _____<br>$ **130.00**   $ _____   $ _____<br>2. ☐ Trustee pays IN FULL Secured Claims:<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>3. ☐ Trustee pays VALUE OF COLLATERAL:<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:<br>_____<br>5. ☐ Other:<br>_____<br>6. ☑ Debtor otherwise maintains regular payments directly to:<br>**BANCO POPULAR D**<br>C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)<br>D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.<br>1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____<br>☐ Paid 100% / ☐ Other: _____<br>Cr. _____ Cr. _____ Cr. _____<br># _____ # _____ # _____<br>$ _____ $ _____ $ _____<br>2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| **III. ATTORNEY'S FEES**<br>(Treated as § 507 Priorities)<br><br>Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00** | OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)<br>TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.<br><br>FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).<br><br>TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE. |
| Signed: **/s/ GLORIA BARROSO SANTIAGO**<br>         Debtor<br><br><br>         Joint Debtor | |

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**        Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

BARROSO SANTIAGO GLORIA
URB LAS AMERICAS
DD-25  CALLE 9
BAYAMON PR  00956

THD/CBSD
PO BOX 6497
SIOUX FALLS SD  57117

MARILYN VALDES ORTEGA LAW OFFICES
PO BOX 195596
SAN JUAN PR  00919-5596

VERIZON WIRELESS/CLARO
PO BOX 71535
SAN JUAN PR  00936-8635

BANCO POPULAR DE PR
DEPARTAMENTO DE HIPOTECAS
PO BOX 362708
SAN JUAN PR  00936-2708

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN PR  00936

CLARO
PO BOX 71535
SAN JUAN PR  00936-8635

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN PR  00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY PR  00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN PR  00902-0192

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES IA  50364

ISLAND FINANCE
PO BOX 71504
SAN JUAN PR  00936